UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 19-cv-62348-UU

FELICIA WRILEY,

    Plaintiff,

v.

QUICK WEIGHT LOSS CENTERS LLC,

    Defendant.

_____/

## ORDER

THIS CAUSE came before the Court upon Plaintiff's Notice of Voluntary Dismissal Without Prejudice.  D.E. 7.

THE COURT has reviewed the notice and the pertinent portions of the record and is otherwise fully advised in the premises.

On October 2, 2019, Plaintiff filed the Notice of Voluntary Dismissal informing the Court that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), she voluntarily dismissed all claims in this action without prejudice against Defendant.  D.E. 7.  Accordingly, it is hereby

ORDERED AND ADJUDGED that all claims in this action are hereby DISMISSED WITHOUT PREJUDICE.  It is further

ORDERED AND ADJUDGED that the Clerk of Court SHALL administratively close this case.  All future hearings are CANCELLED and all pending motions are DENIED AS MOOT.

DONE AND ORDERED in Chambers at Miami, Florida, this 3d__ day of October, 2019.

                                                                           UNITED STATES DISTRICT JUDGE

cc:  all counsel of record via cm/ecf